APPEAL No. 1535. *In re* DENNIS J. DIIORIO. Motion of State to dismiss appeal denied. *Richard B. Tucker, V. Paul McGinn,* Rhode Island Legal Services, Inc., for appellant. *Richard J.*

*Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for appellee.